Monica Frascona (SBN 242308)
mfrascona@foleyhoag.com
FOLEY HOAG LLP
4643 South Ulster Street
Suite 970
Denver, Colorado 80237
Tel: (720) 782-5075
Fax: (617) 832-7000

August T. Horvath (*pro hac vice* motion forthcoming) (NYS 2833234)
ahorvath@foleyhoag.com
FOLEY HOAG LLP
1301 Sixth Avenue, 25th Floor
New York, New York 10019
Tel: (212) 812-0400
Fax: (212) 812-0399

*Attorneys for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN TAYLOR and JUSTIN ALICEA, *individually, and on behalf of those similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | No. 5:25-CV-00186-KK-SHK<br><br>**DEFENDANT WALMART INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: May 8, 2025<br>Time: 9:30 AM<br>Judge: Hon. Kenly K. Kato<br>Courtroom: George R. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501<br><br>Complaint Filed: January 23, 2025<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 8, 2025, at 9:30 am, or as soon thereafter as this matter can be heard, before the Honorable Kenly Kiya Kato, in Courtroom 3 of the George E. Brown, Jr. United States Courthouse, located at 3470 12th Street, Riverside, California 92501, Defendant Walmart Inc. ("Walmart") will and hereby does move the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs Kaitlyn Taylor and Justin Alicea's ("Plaintiffs") Class Action Complaint. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 24, 2025.[1]  The parties did not resolve the grounds for the motion during this conference.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Proposed Order, any oral arguments to be made at the hearing on this Motion, and all other papers, documents, or exhibits on file or to be filed in this action.

---

[1] Counsel for Walmart initiated the conference later than the 7 days prior to the filing of the motion due to a date calculation error.  Walmart's counsel offered to delay filing of the motion, in exchange for a stipulated extension, if Plaintiffs wished to continue conferring.

For the reasons set forth in the accompanying Memorandum of Points and Authorities, Walmart respectfully requests that the Court grant this Motion and dismiss Plaintiffs' claims against Walmart with prejudice.

Dated:  March 28, 2025

FOLEY HOAG LLP

/s/ *Monica Frascona*
Monica Frascona (SBN 242308)
*mfrascona@foleyhoag.com*
FOLEY HOAG LLP
4643 South Ulster Street
Suite 970
Denver, Colorado 80237
Tel: (720) 782-5075
Fax: (617) 832-7000

August T. Horvath (*pro hac vice* motion forthcoming)
*ahorvath@foleyhoag.com*
FOLEY HOAG LLP
1301 Sixth Avenue, 25th Floor
New York, New York 10019
Tel: (212) 812-0400
Fax: (212) 812-0399

*Attorneys for Defendant Walmart Inc.*

**PROOF OF SERVICE**

I, Monica Frascona, hereby certify that on March 28, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system and electronically served to all counsel of record. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 28, 2025                            */s/ Monica Frascona*
                                                              Monica Frascona

---

DEF'S NOTICE OF MOTION AND MOTION TO DISMISS THE CLASS ACTION COMPLAINT
CASE NO. 5:25-CV-00186-KK-SHK

4