**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN TAYLOR and JUSTIN ALICEA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 5:25-CV-00186-KK-SHK<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Kenly Kiya Kato |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kaitlyn Taylor and Justin Alicea ("Plaintiffs") and Defendant Walmart, Inc. ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiffs' individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear its own attorneys' fees, expenses, and costs.

DATED: November 24, 2025        Respectfully submitted,

*/s/ Lilach H. Klein*
LILACH H. KLEIN
*Counsel for Plaintiffs*

DATED: November 24, 2025        Respectfully submitted,

*/s/ August Horvath*
AUGUST HORVATH
*Counsel for Defendant*

1

*Taylor, et al. v. Walmart, Inc.*, Case No. 5:25-CV-00186-KK-SHK
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4**

The undersigned filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: November 24, 2025         /s/ Lilach H. Klein
                                                     Lilach H. Klein

2

*Taylor, et al. v. Walmart, Inc.*, Case No. 5:25-CV-00186-KK-SHK
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)